UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PAUL LUCAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 2:19-cv-543-JRS-MJD |
| ) | |
| PEABODY ENERGY, INC. d/b/a ) | |
| PEABODY BEAR RUN SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

# ORDER

The Court, having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Date: 10/23/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution: All counsel of record via the Court's electronic case filing system.